THOMAS M. DONOVAN (State Bar No.    )
DONOVAN & SAPIENZA
100 Wilshire Blvd., Ste 1755
Santa Monica, CA  90401
Telephone:  (310) 260-6016
Facsimile:  (310) 260-5015
Email:         Donovan@donovansapienza.com

Attorneys for Plaintiff
JOHN DEERE INSURANCE COMPANY
n/k/a SENTRY SELECT INSURANCE COMPANY


MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300
Email:        mbarnes@sonnenschein.com
                  smartin@sonnenschein.com

Attorneys for Defendant
UNIVERSAL UNDERWRITERS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHN DEERE INSURANCE COMPANY n/k/a SENTRY SELECT INSURANCE COMPANY,<br>          Plaintiff,<br>      vs.<br><br>UNIVERSAL UNDERWRITERS GROUP, UNIVERSAL UNDERWRITERS INSURANCE COMPANY, DOES 1 through 50, inclusive,<br>          Defendants. | No.  1:06-CV-00381-LJO-SMS<br><br>STIPULATION AND ORDER RE SUMMARY JUDGMENT BRIEFING SCHEDULE |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, at the February 13, 2007 Scheduling Conference, the Court set a summary judgment briefing schedule, pursuant to which plaintiff John Deere Insurance Company d/b/a Sentry Select Insurance Company ("Plaintiff") must file its summary judgment motion on June 6, 2007 and Universal Underwriters Insurance Company ("Universal") must file its cross-motion for summary judgment on June 20, 2007;

WHEREAS, Universal served requests for production on Plaintiff in February 2007;

WHEREAS, Plaintiff's counsel has been unable to produce documents responsive to Universal's requests because complications have arisen in obtaining those documents from other counsel and because of medical issues affecting one of his immediate family members;

WHEREAS, Universal desires to obtain and review Plaintiff's documents before the parties' summary judgment motions are filed;

IT IS HEREBY STIPULATED AND AGREED that the summary judgment briefing schedule shall be continued by ninety (90) days. Specifically, the parties propose that the Court adopt the following briefing schedule:

| | |
|---|---|
| Plaintiff files its summary judgment motion: | September 5, 2007 |
| Universal files its opposition and cross-motion: | September 19, 2007 |
| Plaintiff files its opposition and reply: | October 3, 2007 |
| Universal files its reply: | October 10, 2007 |

IT IS SO STIPULATED.

DATED: May __, 2007                    DONOVAN & SAPIENZA

By:_____
THOMAS DONOVAN
Attorney for Plaintiff
JOHN DEERE INSURANCE COMPANY
n/k/a SENTRY SELECT INSURANCE COMPANY

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | DATED: May __, 2007 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 5 | | |
| 6 | | BY:_____ |
| 7 | | SONIA MARTIN |
| | | Attorneys for Defendant |
| 8 | | UNIVERSAL UNDERWRITERS INSURANCE COMPANY |

    Despite its earlier indication, the Court no longer deems that a conference is necessary and extends the dates pursuant to the parties' stipulation.

IT IS SO ORDERED.

**Dated:   May 24, 2007**             /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE