```
 1
 2   THOMAS M. DONOVAN (State Bar No. 87539)
     DONOVAN & SAPIENZA
 3   100 Wilshire Blvd., Ste 1755
     Santa Monica, CA  90401
 4   Telephone:  (310) 260-6016
     Facsimile:  (310) 260-5015
 5   Email:         Donovan@donovansapienza.com

 6   Attorneys for Plaintiff
     JOHN DEERE INSURANCE COMPANY
 7   n/k/a SENTRY SELECT INSURANCE COMPANY

 8
     MICHAEL BARNES (State Bar No. 121314)
 9   SONIA MARTIN (State Bar No. 191148)
     SONNENSCHEIN NATH & ROSENTHAL LLP
10   525 Market Street, 26th Floor
     San Francisco, CA  94105
11   Telephone: (415) 882-5000
     Facsimile:  (415) 882-0300
12   Email:         mbarnes@sonnenschein.com
                   smartin@sonnenschein.com
13
     Attorneys for Defendant
14   UNIVERSAL UNDERWRITERS INSURANCE
     COMPANY
15
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JOHN DEERE INSURANCE COMPANY n/k/a SENTRY SELECT INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>  vs.<br><br><br>UNIVERSAL UNDERWRITERS GROUP, UNIVERSAL UNDERWRITERS INSURANCE COMPANY, DOES 1 through 50, inclusive,<br>       Defendants. | No.  1:06-CV-00381-LJO-SMS<br><br>STIPULATION AND ORDER RE SUMMARY JUDGMENT BRIEFING SCHEDULE |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, at the February 13, 2007 Scheduling Conference, the Court set a summary judgment briefing schedule.

WHEREAS on May 24, 2007, pursuant to the parties' stipulation, the Court continued the summary judgment schedule by ninety days, pursuant to which plaintiff John Deere Insurance Company n/k/a Sentry Select Insurance Company ("Plaintiff") must file its summary judgment motion by September 6, 2007 and Universal Underwriters Insurance Company ("Universal") must file its cross-motion for summary judgment by September 19, 2007;

WHEREAS, Universal served requests for production on Plaintiff in February 2007 and desires to obtain and review Plaintiff's documents before the parties' summary judgment motions are filed;

WHEREAS, Plaintiff's counsel has been unable to produce documents responsive to Universal's requests because complications have arisen in obtaining those documents from other counsel, because of a trial in another matter that had been scheduled for August 2007 and because of continuing medical issues affecting one of his immediate family members;

WHEREAS, Plaintiff's counsel requested that Universal agree to a further continuance of the summary judgment filing dates, and Universal agreed not to oppose such a request.

IT IS HEREBY STIPULATED AND AGREED that the summary judgment briefing schedule shall be continued by ninety (90) days.  Specifically, the parties propose that the Court adopt the following briefing schedule:

| | |
|---|---|
| Plaintiff files its summary judgment motion: | December 4, 2007 |
| Universal files its opposition and cross-motion: | December 18, 2007 |
| Plaintiff files its opposition and reply: | January 8, 2008 |
| Universal files its reply: | January 15, 2008 |

/ / /

/   /   /

IT IS SO STIPULATED.

Dated:  August 29, 2007                                        DONOVAN & SAPIENZA

By:          /s/  THOMAS M. DONOVAN
THOMAS M. DONOVAN
Attorney for Plaintiff
JOHN DEERE INSURANCE COMPANY
n/k/a SENTRY SELECT INSURANCE COMPANY

Dated:  August 29, 2007                                        SONNENSCHEIN NATH & ROSENTHAL LLP

By:          /s/  SONIA MARTIN
SONIA MARTIN
Attorney for Defendant
UNIVERSAL UNDERWRITERS INSURANCE
COMPAN

IT IS SO ORDERED.

Dated:   **August 29, 2007**              /s/
       **Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE