1  THOMAS M. DONOVAN (State Bar No. 87539)
   DONOVAN & SAPIENZA
2  100 Wilshire Blvd., Ste 1755
   Santa Monica, CA  90401
3  Telephone:  (310) 260-6016
   Facsimile:  (310) 260-5015
4  Email:        Donovan@donovansapienza.com

5  Attorneys for Plaintiff
   JOHN DEERE INSURANCE COMPANY
6  n/k/a SENTRY SELECT INSURANCE COMPANY

7

8  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
   SONNENSCHEIN NATH & ROSENTHAL LLP
9  525 Market Street, 26th Floor
   San Francisco, CA  94105
10 Telephone: (415) 882-5000
   Facsimile:  (415) 882-0300
11 Email:        mbarnes@sonnenschein.com
                 smartin@sonnenschein.com
12
   Attorneys for Defendant
13 UNIVERSAL UNDERWRITERS
   INSURANCE COMPANY
14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17                             FRESNO DIVISION

| | |
|---|---|
| 18  JOHN DEERE INSURANCE COMPANY n/k/a SENTRY SELECT INSURANCE COMPANY, | No.  1:06-CV-00381-LJO-SMS |
| 20              Plaintiff, | STIPULATION AND ORDER RE SUMMARY JUDGMENT BRIEFING SCHEDULE |
| 21       vs. | |
| 22  UNIVERSAL UNDERWRITERS GROUP, UNIVERSAL UNDERWRITERS INSURANCE COMPANY, DOES 1 through 50, inclusive, | |
| 24              Defendants. | |

-1-

1        The parties, by and through their respective counsel of record, hereby stipulate and agree
2   as follows and respectfully request that the Court approve and give effect to their stipulation:
3        WHEREAS, at the February 13, 2007 Scheduling Conference, the Court set a summary
4   judgment briefing schedule.
5        WHEREAS on May 24, 2007, pursuant to the parties' stipulation, the Court continued
6   the summary judgment schedule by ninety days, pursuant to which plaintiff John Deere
7   Insurance Company n/k/a Sentry Select Insurance Company ("Plaintiff") must file its summary
8   judgment motion by September 6, 2007 and Universal Underwriters Insurance Company
9   ("Universal") must file its cross-motion for summary judgment by September 19, 2007;
10       WHEREAS on August 29, 2007, pursuant to the parties' stipulation, the Court continued
11  the summary judgment schedule by ninety days, pursuant to which plaintiff John Deere
12  Insurance Company n/k/a Sentry Select Insurance Company ("Plaintiff") must file its summary
13  judgment motion by December 4, 2007 and Universal Underwriters Insurance Company
14  ("Universal") must file its cross-motion for summary judgment by December 18, 2007;
15       WHEREAS, Plaintiff has filed a Motion to Stay the Proceedings Pursuant to Plaintiff's
16  First Amended Complaint and this Motion will be heard on December 7, 2007.  As such, this
17  lawsuit may be stayed, which would vacate the present summary judgment schedule.
18       IT IS HEREBY STIPULATED AND AGREED that the summary judgment briefing
19  schedule shall be continued by approximately sixty (60) days to allow for a ruling on Plaintiff's
20  Motion to Stay.  Specifically, the parties propose that the Court adopt the following briefing
21  schedule:
22       Plaintiff files its summary judgment motion:     February 4, 2008
23       Universal files its opposition and cross-motion:  February 18, 2007
24       Plaintiff files its opposition and reply:         March 4, 2008
25       Universal files its reply:                        March 11, 2008
26
27   / / /
28   / / /

IT IS SO STIPULATED.

Dated:  November 20, 2007         DONOVAN & SAPIENZA

By:_____/s/  THOMAS M. DONOVAN
THOMAS M. DONOVAN
Attorney for Plaintiff
JOHN DEERE INSURANCE COMPANY
n/k/a SENTRY SELECT INSURANCE COMPANY

Dated:  November 20, 2007         SONNENSCHEIN NATH & ROSENTHAL LLP

By:_____/s/  SONIA MARTIN_____
SONIA MARTIN
Attorney for Defendant
UNIVERSAL UNDERWRITERS INSURANCE COMPANY

IT IS SO ORDERED.

Dated: 11/21/2007          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE