1  THOMAS M. DONOVAN (State Bar No.87439)
   DONOVAN & SAPIENZA
2  100 Wilshire Blvd., Ste 1755
   Santa Monica, CA  90401
3  Telephone:  (310) 260-6016
   Facsimile:  (310) 260-5015
4  Email:         Donovan@donovansapienza.com

5  Attorneys for Plaintiff
   JOHN DEERE INSURANCE COMPANY
6  n/k/a SENTRY SELECT INSURANCE COMPANY

7

8  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
9  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
10 San Francisco, CA  94105
   Telephone: (415) 882-5000
11 Facsimile: (415) 882-0300
   Email:        mbarnes@sonnenschein.com
12                smartin@sonnenschein.com

13 Attorneys for Defendant
   UNIVERSAL UNDERWRITERS
14 INSURANCE COMPANY

15

16                     UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18                              FRESNO DIVISION

| | |
|---|---|
| JOHN DEERE INSURANCE COMPANY n/k/a SENTRY SELECT INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>vs.<br><br>UNIVERSAL UNDERWRITERS GROUP, UNIVERSAL UNDERWRITERS INSURANCE COMPANY, DOES 1 through 50, inclusive,<br><br>      Defendants. | No.  1:06-CV-00381-LJO-SMS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**<br><br>**[F.R.C.P. 41(a)(1)(ii)]** |

-1-
CASE NO. 1:06-CV-00381                      STIPULATION FOR DISMISSAL WITH
                                            PREJUDICE AND [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE. Each side shall bear its own fees and costs.

IT IS SO STIPULATED.

DATED: March 31, 2010  DONOVAN & SAPIENZA

By: */s/ THOMAS DONOVAN*
    THOMAS DONOVAN

Attorney for Plaintiff
JOHN DEERE INSURANCE COMPANY
n/k/a SENTRY SELECT INSURANCE COMPANY

DATED: April 1, 2010  SONNENSCHEIN NATH & ROSENTHAL LLP

By: */s/ MICHAEL BARNES*
    MICHAEL BARNES

Attorneys for Defendant UNIVERSAL UNDERWRITERS INSURANCE COMPANY

IT IS SO ORDERED.

April 2, 2010  /s/ Lawrence J. O'Neill
Honorable Lawrence J. O'Neill
United States District Judge